ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Law Corporation
Michael J. O'Connor, Jr. (State Bar No. 202734)
   Michael.OConnor@aalrr.com
Dan J. Bulfer (State Bar No. 280046)
   DBulfer@aalrr.com
20 Pacifica, Suite 1100
Irvine, California 92618-3371
Telephone: (949) 453-4260
Fax: (949) 453-4262

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESTAURANT LEADERSHIP GROUP, LLC,<br><br>Defendant. | Case No. 5:19-cv-01550-GW-SHK<br><br>**NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS**<br><br>**Hearing Date**: August 11, 2020<br>**Hearing Time**: 8:30 a.m.<br>**Judge:** Hon. George H. Wu<br>**Courtroom:** 9D<br><br>**Complaint Filed**: August 19, 2019<br>**Trial Date**: N/A |
| SEAN LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BESHAY FOODS, INC.,<br><br>Defendant. | Case No. 3:19-cv-01565-JM-DEB<br><br><br><br>**Complaint Filed**: August 20, 2019<br>**Trial Date**: N/A |
| SEAN LICEA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DMSD FOODS, INC.,<br><br>Defendant. | Case No. 5:19-cv-01793-PSG-SHK<br><br><br><br>**Complaint Filed**: August 20, 2019<br>**Trial Date**: October 6, 2020 |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 11, 2020, at 8:30 a.m., or as soon thereafter as the matter can be heard in Courtroom 9D of the above-entitled court located at 350 West 1st Street, Los Angeles, CA, 90012, the Honorable George H. Wu presiding, Defendants Restaurant Leadership Group, LLC; Beshay Foods, Inc.; and DMSD Foods, Inc. (collectively "Defendants") will move for an order consolidating the following cases for all purposes: *Sean Licea v. Restaurant Leadership Group, LLC*, Case No: 5:19-cv-01550-GW-SHK; *Sean Licea v. Beshay Foods, Inc.*, Case No. 3:19-cv-01565-JM-DEB; and *Sean Licea v. DMSD Foods, Inc.*, Case No. 5:19-cv-01793-PSG-SHK. Defendants will further move for an order designating the lowest numbered case, *Sean Licea v. Restaurant Leadership Group, LLC*, Case No. 5:19-cv-01550-GW-SHK, as the lead case.

This motion is made pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 42. The motion will be brought on the following grounds: (1) all of these actions involve common parties, common documentary and testimonial evidence, and common questions of law or fact; (2) consolidation will avoid unnecessary cost and delay; and (3) consolidation will avoid the substantial danger of inconsistent adjudication. This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 22, 2020.

This motion will be based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the Declaration of Dan J. Bulfer, upon the records on file with this court, and upon such oral and documentary evidence as may be presented at the time of hearing of this motion.

Dated: July 7, 2020                ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____
Dan J. Bulfer
Attorneys for Defendants

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
20 PACIFICA, SUITE 1100
IRVINE, CALIFORNIA 92618-3371
TELEPHONE: (949) 453-4260
FAX: (949) 453-4262

PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action; my business address is 20 Pacifica, Suite 1100, Irvine, CA 92618.

On July 7, 2020, I served the following document(s) described as:

- **NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS**

on the interested parties in this action as follows:

☑ **BY CM/ECF:** The document was electronically served on the parties listed in the attached Service List via the Court's CM/ECF system upon electronic filing of above-described document.

☐ **BY MAIL:** I placed a true and correct copy of the document(s) in a sealed envelope for collection and mailing following the firm's ordinary business practices. I am readily familiar with the firm's practice for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT COURIER:** I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed it to the parties shown herein. I placed the envelope or package at my place of employment in accordance with regular business practices for collection and overnight delivery.

☐ **BY EMAIL:** I caused a true and correct copy of the document(s) be emailed to the email address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 7, 2020, at Chino Hills, California.

*Donna L. Dunham*

Donna L. Dunham

017189.00010
28399197.1

- 3 -
NOTICE OF MOTION AND MOTION TO CONSOLIDATE ACTIONS

## SERVICE LIST

Gerald D. Wells III

Stephen Connolly

Connolly Wells & Gray, LLP

101 Lindenwood Drive, Suite 225

Malvern, PA 19355

Email: GWells@cwglaw.com

Email: sconnolly@cwglaw.com


Eric D. Zard

Carlson Lynch LLP

1350 Columbia Street, Suite 603

San Diego, CA 92101

Email: EZard@Carlsonlynch.com